UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 24-cv-07331-AGT<br><br>**ORDER TO PROCEED PSEUDONYMOUSLY**<br><br>Re: Dkt. No. 3 |

The Court grants plaintiff's request for leave to proceed pseudonymously on the condition that after defendant is served and appears it may move to unseal plaintiff's name.

**IT IS SO ORDERED.**

Dated: October 24, 2024

Alex G. Tse
United States Magistrate Judge