# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe | CASE No C 4:24-cv-07331-HSG |
| **Plaintiff(s)** | |
| v. | STIPULATION AND ORDER SELECTING ADR PROCESS |
| The Prudential Ins. Co. of America | |
| **Defendant(s)** | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☑ **Private ADR** (*specify process and provider*)

## Private mediation with Rebecca Grey, Esq.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☑ other requested deadline: May 23, 2025

Date: *January 21, 2025*     */s/ Brian H. Kim*
                              Attorney for Plaintiff

Date: *January 21, 2025*     */s/ Jason A. James*
                              Attorney for Defendant

---

☐ **X**    IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:   1/22/2025

U.S. DISTRICT JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*