1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

              Plaintiff,

     v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

          Defendant.

Case No.  24-cv-07331-HSG

**SCHEDULING ORDER**

A case management conference was held on January 28, 2025.  Having considered the parties' proposal, *see* Dkt. No. 19, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| ADR Deadline | May 23, 2025 |
| Close of Discovery (if any) | May 23, 2025 |
| Dispositive Motion Hearing Deadline | July 10, 2025 at 2:00 p.m. |
| Deadline to Lodge Admin Record | September 18, 2025 |
| Plaintiff's Opening Rule 52 Brief Due | September 18, 2025 |
| Prudential's Opening/Opposition Rule 52 Brief Due | October 16, 2025 |
| Plaintiff's Opposition / Reply Due | October 30, 2025 |
| Prudential's Reply Due | November 13, 2025 |
| Rule 52 Hearing | December 5, 2025 at 10:00 a.m. |

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:    1/29/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge