1  Jason A. James (SBN 265129)
   E-mail: jjames@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   18300 Von Karman Avenue, Suite 650
3  Irvine, California 92612-1032
   Tel: 949.863.3363   Fax: 949.863.3350
4
   Attorneys for Defendant
5  THE PRUDENTIAL INSURANCE COMPANY
   OF AMERICA
6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  JANE DOE, | Case No. 4:24-cv-07331-HSG |
| 12       Plaintiff, | **STIPULATION REGARDING STANDARD OF REVIEW** |
| 13       v. | Judge:   Hon. Haywood S. Gilliam, Jr. |
| 14  THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Complaint Filed: October 21, 2024 |
| 15       Defendant. | |
| 16 | |

17       Plaintiff JANE DOE ("Plaintiff") and defendant THE PRUDENTIAL INSURANCE

18  COMPANY OF AMERICA ("Prudential"), by and through their respective counsel, hereby submit

19  this Stipulation Regarding the Standard of Review pursuant to the Court's Order dated January 29,

20  2025 [Dkt. No. 22].

21       WHEREAS, the parties agree that this case is governed by the Employee Retirement Income

22  Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.*;

23       WHEREAS, one of the issues to be decided in an ERISA benefits case is whether the

24  standard of review is abuse of discretion or *de novo*;

25       WHEREAS, the parties agree that the standard of review to be utilized on cross-motions for

26  judgment in this ERISA case will be *de novo*;

27       WHEREAS, the parties' agreement as to the standard of review relates solely to this

28  particular case and does not give rise to any waiver or prejudice in any other cases brought against

1 Prudential.

2     IT IS HEREBY STIPULATED, by and between the parties hereto, by and through their
3 counsel of record, as follows:

4     1.    The parties agree that this Court shall apply a *de novo* standard of review in this case.
5 This Stipulation regarding the standard of review is specifically limited to the facts and
6 circumstances of this particular case;

7     2.    The parties further agree that there will be no discovery in this case.

8 **IT IS SO STIPULATED.**

10 Dated: February 11, 2025      BOLT KEENLEY KIM LLP

By:    */s/ Brian H. Kim*
     Brian H. Kim
     Attorneys for Plaintiff
     JANE DOE

16 Dated: February 11, 2025      BURKE, WILLIAMS & SORENSEN, LLP

By:    */s/ Jason A. James*
     Jason A. James
     Attorneys for Defendant
     THE PRUDENTIAL INSURANCE
     COMPANY OF AMERICA

## FILER'S ATTESTATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its contents from the signatories to this document.

## **ORDER GRANTING STIPULATION**

Based upon the parties' Stipulation Regarding the Standard of Review, the Court hereby orders that the *de novo* standard of review shall be applied in this ERISA matter. This Order regarding the standard of review is specifically limited to the facts and circumstances of this particular case. It is further ordered that there shall be no discovery in this case.

**IT IS SO ORDERED.**

Dated: 2/12/2025

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4902-3716-9174 v1

1

Case No. 4:24-cv-07331-HSG
STIPULATION REGARDING STANDARD OF REVIEW