Jason A. James (SBN 265129)
E-mail: jjames@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel: 949.863.3363   Fax: 949.863.3350

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>      v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>            Defendant. | Case No. 4:24-cv-07331-HSG<br><br>**STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE; ORDER**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: October 21, 2024 |

IT IS HEREBY STIPULATED, by and between Plaintiff JANE DOE ("Plaintiff") and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Fed. R. Civ. P. 41(a). Each party shall bear her or its own attorneys' fees and costs.

The parties seek the Court's approval of the dismissal of the action with prejudice.

///

///

///

///

///

///

4924-0417-7221 v1

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Case No. 4:24-cv-07331-HSG
STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE

1  **IT IS SO STIPULATED.**

3  Dated: May 22, 2025                                          BOLT KEENLEY KIM LLP

By:  _____*/s/ Brian H. Kim*_____
     Brian H. Kim
     Attorneys for Plaintiff
     JANE DOE

9  Dated: May 22, 2025                                          BURKE, WILLIAMS & SORENSEN, LLP

By:  _____*/s/ Jason A. James*_____
     Jason A. James
     Attorneys for Defendant
     THE PRUDENTIAL INSURANCE
     COMPANY OF AMERICA

### Filer's Attestation

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

4924-0417-7221 v1

2

Case No. 4:24-cv-07331-HSG
STIPULATION TO DISMISS THE ENTIRE
ACTION WITH PREJUDICE; ORDER

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

**ORDER**

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated:   5/23/2025

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4924-0417-7221 v1

1

Case No. 4:24-cv-07331-HSG
STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE